UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NEW YORK NETWORK MANAGEMENT, :
LLC,
:
                Plaintiff,         **ORDER**
:
      -against-             05 Civ. 10334 (FM)
:
GREAT-WEST HEALTHCARE, INC.
:
               Defendant.
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to a conference held earlier today, it is hereby ORDERED that:

1.    Discovery shall be bifurcated into liability and damages. All liability discovery shall be completed on or before September 22, 2006.

2.    A further telephone conference shall be held on September 28, 2006, at 3 p.m. Plaintiff's counsel is directed to initiate the call.

        SO ORDERED.

Dated:    New York, New York
             August 3, 2006

                                              FRANK MAAS
                                United States Magistrate Judge

Copies to:

William A. Gogel, Esq.
Agulnick & Gogel, LLC
(212) 693-1666 (fax)

Ellen M. Dunn, Esq.
LeBoeuf, Lamb, Greene & MacRae, LLP
(212) 424-8500 (fax)